# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ronald Jilberto Ramirez Grijalva

**Plaintiff,**

**V.**

Respondent: Jeremy Casey, Warden

**Defendant.**

**Civil Action No.** 26-cv-4459-LL-DDL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the Petition. This case is hereby closed.

**Date:** 8/25/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy